**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-4882**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID W. MANUEL,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-01-380-A)

———————————

Submitted: April 3, 2002          Decided: April 29, 2002

———————————

Before WILKINS, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alan H. Yamamoto, Alexandria, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Jill Ptacek, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David W. Manuel appeals his conviction and seven-month sentence for attempting to interfere with the administration of internal revenue laws in violation of 26 U.S.C. § 7212(a) (1994). Manuel contends the evidence was insufficient to support his conviction. We affirm.

In reviewing sufficiency of the evidence on appeal, we must sustain the verdict if the record contains "substantial evidence, taking the view most favorable to the Government, to support it." Glasser v. United States, 315 U.S. 60, 80 (1942). Applying this standard, we give due regard to the fact finder's prerogative to resolve questions of credibility. United States v. Burgos, 94 F.3d 849, 862-63 (4th Cir. 1996). We conclude the Government presented sufficient evidence for a reasonable trier of fact to find Manuel guilty of the charges listed in the indictment beyond a reasonable doubt.

Accordingly, we affirm Manuel's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2